EMILIO POCCIA, as Limited Administrator of the Estate of STEPHEN POCCIA, Deceased, Respondent, *v.* CITY OF NEW YORK, Appellant, et al., Defendants.

Argued June 3, 1952; decided July 15, 1952.

*Denis M. Hurley, Corporation Counsel (Edward J. McLaughlin* and *Seymour B. Quel* of counsel), for appellant.

*Ralph Stout* and *Robert H. Kilroe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.